NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
CAMEREN N. RIPOLI (State Bar No. 318045)
cameren.ripoli@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF GILROY POLICE DEPARTMENT; ROBERT ZUNIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SOLORIO,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF GILROY POLICE DEPARTMENT, ROBERT ZUNIGA and DOES 1 to 25 INCLUSIVE,<br><br>    Defendants. | Case No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) TO U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**<br><br>---<br><br>**(FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants CITY OF GILROY POLICE DEPARTMENT; and ROBERT ZUNIGA hereby remove to this Court the state court action described below.

### I. NOTICE OF REMOVAL

On September 5, 2019, an action was commenced in the Superior Court of the State of California in and for the County of Santa Clara, entitled JOSE SOLORIO, (Plaintiff) vs. CITY OF GILROY POLICE DEPARTMENT; and ROBERT ZUNIGA (Defendants), as Case Number 19CV354518. Attached hereto as **Exhibit A** is a copy of the Summons and Complaint served on Defendants in this state action, on or about November 21, 2019.

Defendants now provide timely notice of removal of this action per 28 U.S.C. §§ 1446 and 1441(c).

## II. GROUNDS FOR REMOVAL

This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 (federal question), and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(c), in that Plaintiff's First (and lone) Cause of Action in his Complaint is a § 1983 claim that arise under the U.S. Constitution. Specifically, Plaintiff contends that Defendants violated the Fourth and Eighth Amendments of the U.S. Constitution in their interaction with Plaintiff. (Exh. A, pg. 3). Similarly, Plaintiff appears to make a § 1983 claim directly against the Defendant City of Gilroy Police Department (ie. same as City of Gilroy) per a theory of ratification per a *Monell* type claim. *Id.* As Plaintiff has alleged several federal claims pursuant to the U.S. Constitution, the District Court has original jurisdiction under 28 U.S.C. § 1331 and removal is proper.

Defendants are unaware of any other named defendants who have been served with a Summons and the Complaint other than those herein and thus no joinder to this removal is necessary. The undersigned will be representing the CITY OF GILROY POLICE DEPARTMENT and ROBERT ZUNIGA. Plaintiff is represented by counsel David R. Shane, Esq. from Shane Law and is being served herein of these filings.

Dated: December 12, 2019

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: _____
Noah G. Blechman
Cameren N. Ripoli
Attorneys for Defendants
CITY OF GILROY POLICE DEPARTMENT;
ROBERT ZUNIGA

# EXHIBIT A

RECEIVED BY
RECORDON
NOV 21 2019

| | SUM-100 |
|---|---|

# SUMMONS
*(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

CITY OF GILROY POLICE DEPARTMENT, ROBERT ZUNIGA and DOES 1 TO 25 inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JOSE SOLORIO

E-FILED
*FOR COURT USE ONLY*
9/5/2019 1:34 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
19CV354518
Reviewed By: J. Duong
Envelope: 3352523

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:          **CASE NUMBER:** *(Número del Caso):* 19CV354518
*(El nombre y dirección de la corte es):* Santa Clara County Superior Court
191 North First Street
San Jose, California 95113

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
David R. Shane, Esq.; Shane Law 1000 Drakes Landing Road, Suite 200, Greenbrae, California 94904

| DATE: 9/5/2019 1:34 PM | Clerk of Court | Clerk, by J. Duong | , Deputy |
|---|---|---|---|
| *(Fecha)* | | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* CITY OF GILROY POLICE DEPARTMENT

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☒ other *(specify):* CCP 416.50 (PUBLIC ENTITY)

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

E-FILED
9/5/2019 1:34 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
19CV354518
Reviewed By: J. Duong

David R. Shane, Esq. [SBN: 109890]
SHANE LAW
1000 Drakes Landing Road, Suite 200
Greenbrae, California 94904-3027
Telephone: 415/464-2020
Facsimile: 415/464-2024

Attorneys for Plaintiff
JOSE SOLORIO

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| JOSE SOLORIO,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF GILROY POLICE DEPARTMENT, ROBERT ZUNIGA and DOES 1 TO 25 inclusive,<br><br>    Defendants. | Case No. 19CV354518<br><br>**COMPLAINT FOR DAMAGES** |

COMES NOW Plaintiff who alleges as follows:

### JURISDICTION AND VENUE

1. This is a civil action authorized by 42 USC Section 1983 to address the deprivation under color of state law, of rights secured by the Constitution of the United States. This Court has jurisdiction as an action under Section 1983 can be brought in either state or federal court, *Pitts v. County of Kern*, 17 Cal App 4th 340, 348 (1998).

2. Santa Clara County is the appropriate Court as the actions and injury occurred in the County of Santa Clara.

### PLAINTIFF

3. Plaintiff JOSE SOLORIO is a natural person and is and was at all times relevant a resident of the State of California, County of Santa Clara.

Complaint for Damages          Page 1

## DEFENDANTS

4. Defendant City of Gilroy Police Department is a public entity operating in the County of Santa Clara, State of California.

5. Defendant ROBERT ZUNIGA, at all times relevant was a police officer, (#Z6439) working in the course and scope of employment with the City of Gilroy Police Department on the date and time the subject incident occurred.

6. Each defendant acted individually and in his official capacity. At all times mentioned in this complaint each defendant acted under color of state and federal law.

## SATISFACTION OF CLAIM STATUTES

7. Plaintiff was required to comply with governmental claims statues and has complied with the applicable claims statute.

## FACTS

8. On the evening of Friday, March 30, 2018, plaintiff was arrested at or near the intersection of East Seventh and Chestnut Streets in Gilroy, California. After exiting his vehicle, plaintiff was brought to the ground by Officer Adam Moon, who held his head and torso while two of the other responding officers pinned him to the ground in a face-down, spread eagle fashion.   9. While immobilized in this manner, defendant Officer Zuniga brought his canine, "Scotty", to plaintiff's prone body. At the direction and instruction of Officer Zuniga, the canine attacked plaintiff while he was helpless and restrained on the ground. In spite of the fact that plaintiff posed no threat to the officers at that time, Officer Zuniga did not restrain his canine partner. Instead, Officer Zuniga signaled his canine partner to attack the helpless suspect.

10. Even after the initial attack, Officer Zuniga continued to let the canine continue to gnaw and chew at plaintiff's leg for an undue period of time long after the plaintiff was subdued and posed no threat to the officers. Plaintiff was repeatedly bitten on the lower left leg, causing lacerations and nerve damage.

11. Plaintiff continues to suffer serious nerve damage as a result of the dog attack. He has had treatment for his wounds while incarcerated at Elmwood Correctional Facility in Milpitas, California. Plaintiff has walked with the assistance of a cane, and has numbness and tingling in his foot from the attack. Plaintiff suffered severe injuries as a result of the excessive force used against him.

## FIRST CAUSE OF ACTION

### [42 USC Section 1983 Action Against all Defendants]

12. Plaintiff refers to all ALLEGATIONS of this Complaint and incorporates them into this Cause of Action as though fully set forth herein.

13 Defendants and each of them used excessive force against Plaintiff by employing the canine, a deadly force, against a subdued and contained individual, the plaintiff. Defendants, in deploying this deadly force by means of a canine, were acting in their official duties. The use of the canine was neither warranted nor appropriate. Defendants' actions violated plaintiff's rights under the Fourth and Eight Amendments, and said violation is actionable under 42 USC Section 1983. Defendant City of Gilroy Police Department did not properly train or supervise defendant Officer Zuniga. Further, by not taking disciplinary action against defendant Officer Zuniga, defendant City of Gilroy Police Department ratified the excessive force used by defendant Officer Zuniga.

14. As set forth above, plaintiff suffered serious injuries as a result of the deployment of the canine.

15. The aforementioned willful and reckless conduct and/or intentional acts and omissions and/or other breaches caused and contributed to the damages herein alleged. As a direct and proximate result thereof, plaintiff was severely injured and has suffered and sustained physical and emotional injuries. Such injuries include, but are not limited to

lacerations and bruises to plaintiff's lower left leg, and nerve damage which may prove to be permanent.

16. The defendants, by their extreme and outrageous conduct, intentionally and recklessly caused plaintiff to suffer extreme physical and emotional distress. The abuse of power asserted by the defendants went beyond all possible bounds of decency and to be regarded as atrocious, and utterly intolerable in a civilized community. The defendants' above-described conduct violated plaintiff's right under the Fourth Amendment to the United States Constitution to be free from excessive force.

17. Plaintiff currently suffers and will continue to suffer severe physical and emotional distress due to the injuries sustained and the circumstances giving rise to the injuries sustained.

WHEREFORE, plaintiff prays for judgment as follows:

1. For general and compensatory damages according to proof at trial and for prejudgment interest thereon according to law;

2. For punitive damages;

3. For attorneys' fees as allowed by law; and

5. For costs of suit, and for such other and further relief as the Court deems just and proper.

DATED: September 5, 2019                SHANE LAW

                                        By: _____
                                        David R. Shane
                                        Attorneys for Plaintiff